UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| DERRICK MILLS, | : Case No. 1:15-cv-610 |
| Plaintiff, | : Judge Timothy S. Black |
| | : Magistrate Judge Stephanie K. Bowman |
| v. | : |
| ARAMARK CORPORATION, *et al.*, | : |
| Defendants. | : |

**DECISION AND ENTRY
ADOPTING THE REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 10)**

This case is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the filings with this Court and, on November 10, 2015, submitted an Order and Report and Recommendation (Doc. 10). No objections were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Report and Recommendation should be and is hereby adopted in its entirety. Accordingly:

1. The Report and Recommendation (Doc. 10) is **ADOPTED**;

2. Any claim by Plaintiff under 42 U.S.C. § 1983 against Defendant Aramark Correctional Services, LLC[1] is DISMISSED with prejudice on the ground that Plaintiff's allegations fail to state a claim upon which relief may be granted by this Court.

**IT IS SO ORDERED**.

Date: 12/3/05

Timothy S. Black
United States District Judge

---

[1] In the complaint, Plaintiff refers to Aramark Correctional Services, LLC as "Aramark Corporation." (Doc. 3). Defendant Aramark Correctional Services, LLC has corrected the improper pleading reference in its answer to the complaint.