UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DERRICK MILLS,                          :        Case No. 1:15-cv-610
                                        :
          Plaintiff,                    :        Judge Timothy S. Black
                                        :        Magistrate Judge Stephanie K. Bowman
vs.                                     :
                                        :
ARAMARK CORP., *et al.*,                :
                                        :
          Defendants.                   :

**DECISION AND ENTRY
ADOPTING THE REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 32)
AND CLOSING THIS CASE IN THIS COURT**

This case is before the Court pursuant to the Order of General Reference in the

United States District Court for the Southern District of Ohio Western Division to United

States Magistrate Judge Stephanie K. Bowman.  Pursuant to such reference, the

Magistrate Judge reviewed the pleadings filed with this Court and, on September 15,

2017, submitted a Report and Recommendation.  (Doc. 32).  No objections were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has

reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all

of the filings in this matter.  Upon consideration of the foregoing, the Court does

determine that such Report and Recommendation should be and is hereby adopted in its

entirety.  Accordingly, **IT IS ORDERED** that:

    1)      Defendant's pending motions for judgment on the pleadings and for
            summary judgment (Docs. 27, 28) are **GRANTED;**

2)     The clerk shall enter judgment accordingly, whereupon this case shall be **TERMINATED** from the docket of this Court.

**IT IS SO ORDERED**.

Date:  12/15/17

Timothy S. Black
United States District Judge